COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON CARRODINE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HELIOSUN, LLC d/b/a ODIN ENERGY, a Foreign Limited-Liability Company,<br><br>Defendant. | Case Number:<br>2:21-cv-01826-GMN-VCF<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Jason Carrodine ("Plaintiff") and Defendant, Heliosun, LLC d/b/a Odin Energy ("Defendant"), by and through their respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned

matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 11th day of January, 2022.                    Dated this 11th day of January, 2022.

COGBURN LAW                                              ALBRIGHT, STODDARD, WARNICK & ALBRIGHT

By: */s/Erik W. Fox*                                     By: */s/Mark G. Albright*
    Jamie S. Cogburn, Esq.                                  Mark G. Albright, Esq.
    Nevada Bar No. 8409                                     Nevada Bar No. 1394
    Erik W. Fox, Esq.                                       801 S. Rancho Drive, Suite D-4
    Nevada Bar No. 8804                                     Las Vegas, NV 89106
    2580 St. Rose Parkway, Suite 330                        *Attorneys for Defendant*
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Stipulation of Dismissal, (ECF No. 7), is **DENIED as moot**.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this  11  day of January, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT